**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS KELVIN MATOS-RAMIREZ,** *Petitioner,* | : | |
| v. | : | **CIVIL NO. 26-7307** |
| **J. L. JAMISON et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **15th** day of **October 2026**, upon consideration of Mr. Matos-Ramirez's Petition for a Writ of Habeas Corpus (ECF No. 1), the Government's Response in Opposition (ECF No. 4), and Petitioner's Reply in Support (ECF No. 5), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Kapanadze from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on October 16, 2026**.
2. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

/S/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**